UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AZEB ALEMAYEHU,<br><br>             Plaintiff,<br><br>      v.<br><br>SEATTLE POLICE DEPARTMENT,<br><br>             Defendant. | Case No. C24-1378-JNW<br><br>ORDER |

Because plaintiff does not appear to have funds available to afford the $405 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 5th day of September, 2024.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

ORDER - 1