UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AZEB ALEMAYEHU, | CASE NO. 2:24-cv-01378-JNW |
| Plaintiff, | DISMISSAL ORDER |
| v. | |
| SEATTLE POLICE DEPARTMENT, | |
| Defendant. | |

Pro se Plaintiff Azeb Alemayehu pursues this action against Defendant Seattle Police Department (SPD) in forma pauperis (IFP). Dkt. No. 5. After reviewing the operative complaint, Dkt. No. 6, under 28 U.S.C. § 1915(e)(2)(B), the Court found that Alemayehu failed to state a claim on which relief may be granted. Dkt. No. 8. Rather than dismissing Alemayehu's case, the Court granted leave to amend the complaint and ordered Alemayehu to submit an amended complaint within 30 days. *Id.* The Court expressly warned that "[f]ailure to do so will result in dismissal of this action under 28 U.S.C. § 1915(e)(2)(B)." *Id.* at 7.

The time to respond has passed, and Alemayehu has not complied with the Court's Order to submit an amended complaint. *See* Dkt. As such, the Court

**DISMISSAL** ORDER - 1

DISMISSES this action without prejudice under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted.

It is so ORDERED.

Dated this 15th day of November, 2024.

Jamal N. Whitehead
United States District Judge

DISMISSAL ORDER - 2